UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LAMAR SMITH,<br><br>Plaintiff,<br><br>v.<br><br>SAN MATEO COUNTY,<br><br>Defendant. | Case No. 22-cv-04595-JST<br><br>**ORDER OF DISMISSAL** |

On or about August 9, 2022, Plaintiff filed this *pro se* action pursuant to 42 U.S.C. § 1983, against defendant San Mateo County. ECF No. 1. That same day, the Clerk of the Court informed Plaintiff that this action was deficient because he had not submitted an *in forma pauperis* application on the proper form and had not submitted the required supporting documents – a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the plaintiff's correctional facility and a copy of the plaintiff's trust account statement showing transactions for the last six months. ECF No. 4. The Court informed Petitioner that he needed to correct the deficiencies within twenty-eight days from the date of the notice to avoid dismissal of this action. ECF No. 4. The deadline has passed, and Petitioner has not submitted the required documents. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Petitioner may move to reopen the action. Any motion to reopen must be accompanied by either the full filing fee or a complete *in forma pauperis* application.

**IT IS SO ORDERED.**

Dated: September 26, 2022



_____
JON S. TIGAR
United States District Judge